UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In re:   PATRISHA S. OSBORNE, and
         GEORGE R. OSBORNE,

Chapter 7

Case No. 11-38122(CGM)

Debtors.

------------------------------------------------------------x

### AFFIDAVIT OF SERVICE OF NOTICE TO CREDITORS OF RESCHEDULED DATE OF HEARING OF DEBTORS' MOTION TO VACATE ORDER APPROVING SETTLEMENT OF DEBTORS' CLAIM

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF DUTCHESS   )

George R. Osborne, being duly sworn, deposes and says:

On the 18th day of January, 2016, I served each of the creditors whose names and addresses are set forth on the annexed Claims Register for the Southern District of New York, and I also served the U.S. chapter 7 trustee and the attorney for the U.S. chapter 7 trustee, whose names and office addresses are set forth on the attached page, which addresses had previously been provided by said trustee and attorney, with a copy of a Notice to Creditors, dated January 18, 2016, advising that the date for the hearing on debtor's motion had been rescheduled for February 9, 2016, by first class mail, by depositing said mailing on that date at the office of the U.S. Postal Service in Elizaville, New York, in a securely sealed envelope with the necessary postage affixed.

GEORGE R. OSBORNE
Debtor, Pro Se

Sworn to before me this
19th day of January, 2016

KATHLEEN SCHAIBLE
Notary Public, State of New York
Reg. # 01SC6306741
Qualified in Ulster County
Commission Expires 04-23-2018

## SERVICE LIST

TO:  Oxman Tulis Kirkpatrick
    Whyatt & Geiger LLP
120 Bloomingdale Road
Suite 100 White Plains, NY 10605
Attn: Stuart E. Kahan, Esq.
    Attorney for U.S. Chapter 7 Trustee

Tulis Wilkes Huff & Geiger LLP
220 White Plains Road
2nd Floor
Tarrytown, NY 10591
Attn: Mark S. Tulis, Esq.
    U.S. Chapter 7 trustee

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------- x

In re PATRISHA S. OSBORNE and
    GEORGE R. OSBORNE,

                          Debtors.

------------------------------------------------------------- x

Chapter 7

Case No. 11-38122(cgm)

### NOTICE TO CREDITORS OF THE ESTATE OF PATRISHA S. OSBORNE and GEORGE R. OSBORNE OF A REVISED HEARING DATE OF FEBRUARY 9, 2016

**PLEASE TAKE NOTICE** that your office was previously served with a Notice pertaining to a motion by the debtors to vacate the Court's order which approved a settlement of debtor's malpractice claim. That notice stated that a hearing on the motion would be held on January 26, 2026.

**PLEASE TAKE FURTHER NOTICE** that the date of the hearing on that motion has been re-scheduled for February 9, 2016.

Dated: Elizaville, New York
         January 18, 2016

*/s/ Patrisha S. Osborne*
PATRISHA S. OSBORNE
Debtor, Pro Se

*/s/ George R. Osborne*
GEORGE R. OSBORNE
Debtor, Pro Se
692 Columbia County Rt. 2
Elizaville, New York 12523
Tel: 845-756-3799

1

# Southern District of New York
# Claims Register

### 11-38122-cgm Patrisha S. Osborne and George R. Osborne

**Judge:** Cecelia G. Morris     **Chapter:** 7
**Office:** Poughkeepsie     **Last Date to file claims:** 01/22/2016
**Trustee:** Mark S. Tulis     **Last Date to file (Govt):**

| Creditor: (6173778)<br>Barbara Kavovit<br>68 Wainscott Rd.<br>Wainscott, NY 11975 | Claim No: 1<br>Original Filed Date: 07/29/2013<br>Original Entered Date: 07/30/2013 | Status:<br>Filed by: DE<br>Entered by: Vincent DeCicco<br>Modified: |
|---|---|---|

**Amount claimed:** $48196.00

**History:**
| Details | 1-1 | 07/29/2013 | Claim #1 filed by Barbara Kavovit, Amount claimed: $48196.00 (DeCicco, Vincent) |
|---|---|---|---|

**Description:**
**Remarks:**

| Creditor: (5752764)<br>Nash Bros. Oil Dist., Inc.<br>1650 Route 9G<br>Hyde Park NY 12538 | Claim No: 2<br>Original Filed Date: 07/29/2013<br>Original Entered Date: 07/30/2013 | Status:<br>Filed by: DE<br>Entered by: Vincent DeCicco<br>Modified: 07/30/2013 |
|---|---|---|

**Amount claimed:** $3865.50

**History:**
| Details | 2-1 | 07/29/2013 | Claim #2 filed by Nash Bros. Oil Dist., Inc., Amount claimed: $3865.50 (DeCicco, Vincent) |
|---|---|---|---|

**Description:**
**Remarks:**

| Creditor: (6173875)<br>G.E. Masten Feed Store, Inc.<br>1 West Road, P.O. Box 493<br>Pleasant Valley, NY 12569 | Claim No: 3<br>Original Filed Date: 07/29/2013<br>Original Entered Date: 07/30/2013 | Status:<br>Filed by: DE<br>Entered by: Vincent DeCicco<br>Modified: |
|---|---|---|

**History:**
| Details | 3-1 | 07/29/2013 | Claim #3 filed by G.E. Masten Feed Store, Inc., Amount claimed: $987.02 (DeCicco, Vincent) |
|---|---|---|---|

**Description:**
**Remarks:**

| Amount claimed: | $987.02 | | |
|---|---|---|---|

**History:**

| Details | 3-1 | 07/29/2013 | Claim #3 filed by G.E. Masten Feed Store, Inc., Amount claimed: $987.02 (DeCicco, Vincent) |
|---|---|---|---|

Description:

Remarks:

| Creditor: (6173876) Central Hudson Gas & Elec. Corp. 284 South Road Poughkeepsie, NY 12601 | Claim No: 4 Original Filed Date: 07/29/2013 Original Entered Date: 07/30/2013 | Status: Filed by: DE Entered by: Vincent DeCicco Modified: |
|---|---|---|

| Amount claimed: | $2308.13 | | |
|---|---|---|---|

**History:**

| Details | 4-1 | 07/29/2013 | Claim #4 filed by Central Hudson Gas & Elec. Corp., Amount claimed: $2308.13 (DeCicco, Vincent) |
|---|---|---|---|

Description:

Remarks:

| Creditor: (6072971) Judge Manning Horse Transp. Inc. 18 Mechanic Street Amenia, NY 12501 | Claim No: 5 Original Filed Date: 07/29/2013 Original Entered Date: 07/30/2013 | Status: Filed by: DE Entered by: Vincent DeCicco Modified: |
|---|---|---|

| Amount claimed: | $1892.32 | | |
|---|---|---|---|

**History:**

| Details | 5-1 | 07/29/2013 | Claim #5 filed by Judge Manning Horse Transp. Inc., Amount claimed: $1892.32 (DeCicco, Vincent) |
|---|---|---|---|

Description:

Remarks:

| Creditor: (6173877) St. Francis Hospital 241 No. Road Poughkeepsie, NY 12601 | Claim No: 6 Original Filed Date: 07/29/2013 Original Entered Date: 07/30/2013 | Status: Filed by: DE Entered by: Vincent DeCicco Modified: |
|---|---|---|

| Amount claimed: | $876.46 | | |
|---|---|---|---|

**History:**

| Details | 6-1 | 07/29/2013 | Claim #6 filed by St. Francis Hospital, Amount claimed: $876.46 (DeCicco, Vincent) |
|---|---|---|---|

Description:

Remarks:

| History: | | | |
|---|---|---|---|
| Details | 6-1 | 07/29/2013 | Claim #6 filed by St. Francis Hospital, Amount claimed: $876.46 (DeCicco, Vincent) |

Description:

Remarks:

| Creditor: (6072970)<br>Hackett Farm Supply, Inc.<br>2297 Salt Point Tpke.<br>Clinton Corners, NY 12514 | Claim No: 7<br>Original Filed Date: 07/29/2013<br>Original Entered Date: 07/30/2013 | Status:<br>Filed by: DE<br>Entered by: Vincent DeCicco<br>Modified: |
|---|---|---|

Amount claimed: $1654.11

| History: | | | |
|---|---|---|---|
| Details | 7-1 | 07/29/2013 | Claim #7 filed by Hackett Farm Supply, Inc., Amount claimed: $1654.11 (DeCicco, Vincent) |

Description:

Remarks:

| Creditor: (6173878)<br>Herbert Feinberg<br>17 East 74th Street<br>New York, NY 10021 | Claim No: 8<br>Original Filed Date: 07/29/2013<br>Original Entered Date: 07/30/2013 | Status:<br>Filed by: DE<br>Entered by: Vincent DeCicco<br>Modified: |
|---|---|---|

Amount claimed: $55930.35

| History: | | | |
|---|---|---|---|
| Details | 8-1 | 07/29/2013 | Claim #8 filed by Herbert Feinberg, Amount claimed: $55930.35 (DeCicco, Vincent) |

Description:

Remarks:

| Creditor: (6173879)<br>Mid-Hudson Medical Group PC<br>600 Westage Business Center Drive<br>Fishkill, NY 12524 | Claim No: 9<br>Original Filed Date: 07/29/2013<br>Original Entered Date: 07/30/2013 | Status:<br>Filed by: DE<br>Entered by: Vincent DeCicco<br>Modified: |
|---|---|---|

Amount claimed: $838.84

| History: | | | |
|---|---|---|---|
| Details | 9-1 | 07/29/2013 | Claim #9 filed by Mid-Hudson Medical Group PC, Amount claimed: $838.84 (DeCicco, Vincent) |

Description:

Remarks:

| Creditor: (6173880)<br>Adams Power Equipment<br>Attn. Pat Adams<br>741 Dutchess Turnpike<br>Poughkeepsie, NY 12603 | Claim No: 10<br>Original Filed Date: 07/29/2013<br>Original Entered Date: 07/30/2013 | Status:<br>Filed by: DE<br>Entered by: Vincent DeCicco<br>Modified: |
|---|---|---|
| Amount claimed: $716.59 | | |

History:
| Details | 10-1 | 07/29/2013 | Claim #10 filed by Adams Power Equipment, Amount claimed: $716.59 (DeCicco, Vincent) |

Description:
Remarks:

| Creditor: (6173881)    History<br>Endodontic Associates<br>30 Vassar Road, Suite 6B<br>Poughkeepsie, NY 12603 | Claim No: 11<br>Original Filed Date: 07/29/2013<br>Original Entered Date: 07/30/2013 | Status:<br>Filed by: DE<br>Entered by: Vincent DeCicco<br>Modified: |
|---|---|---|
| Amount claimed: $1030.00 | | |

History:
| Details | 11-1 | 07/29/2013 | Claim #11 filed by Endodontic Associates, Amount claimed: $1030.00 (DeCicco, Vincent) |

Description:
Remarks:

| Creditor: (6173882)<br>Drs. Brownstein & Smith<br>115 New Hackensack Rd.<br>Wappingers Falls, NY 12590 | Claim No: 12<br>Original Filed Date: 07/29/2013<br>Original Entered Date: 07/30/2013 | Status:<br>Filed by: DE<br>Entered by: Vincent DeCicco<br>Modified: |
|---|---|---|
| Amount claimed: $5507.73 | | |

History:
| Details | 12-1 | 07/29/2013 | Claim #12 filed by Drs. Brownstein & Smith, Amount claimed: $5507.73 (DeCicco, Vincent) |

Description:
Remarks:

History:
| Details | 13-1 | 07/29/2013 | Claim #13 filed by Northern Dutchess Hospital, Amount claimed: $1269.46 (DeCicco, Vincent) |

Description:
Remarks:

| Creditor: (5788004) Northern Dutchess Hospital 1351 Route 55, Ste.101 Lagrangeville, NY 12540 | Claim No: 13 Original Filed Date: 07/29/2013 Original Entered Date: 07/30/2013 | Status: Filed by: DE Entered by: Vincent DeCicco Modified: |
|---|---|---|
| **Amount claimed:** $1269.46 | | |
| **History:** Details  13-1  07/29/2013  Claim #13 filed by Northern Dutchess Hospital, Amount claimed: $1269.46 (DeCicco, Vincent) | | |
| Description: | | |
| Remarks: | | |

| Creditor: (5752758) American Express Services OA Special Research P.O. Box 981540 El Paso, TX 79998-1540 | Claim No: 14 Original Filed Date: 07/29/2013 Original Entered Date: 07/30/2013 | Status: Filed by: DE Entered by: Vincent DeCicco Modified: |
|---|---|---|
| **Amount claimed:** $1560.00 | | |
| **History:** Details  14-1  07/29/2013  Claim #14 filed by American Express Services, Amount claimed: $1560.00 (DeCicco, Vincent) | | |
| Description: | | |
| Remarks: | | |

| Creditor: (5752776) Lowe's Business Acct/GEMB P.O Box 530970 Atlanta, GA 30353 | Claim No: 15 Original Filed Date: 07/29/2013 Original Entered Date: 07/30/2013 | Status: Filed by: DE Entered by: Vincent DeCicco Modified: |
|---|---|---|
| **Amount claimed:** $2011.00 | | |
| **History:** Details  15-1  07/29/2013  Claim #15 filed by Lowe's Business Acct/GEMB, Amount claimed: $2011.00 (DeCicco, Vincent) | | |
| Description: | | |
| Remarks: | | |

| Creditor: (6389663)<br>United States Trustee<br>74 Chapel Street, Suite 200<br>Albany, NY 12207 | Claim No: 16<br>Original Filed Date: 11/22/2013<br>Original Entered Date: 11/22/2013<br>Last Amendment Filed: 11/22/2013<br>Last Amendment Entered: 11/22/2013 | Status:<br>Filed by: CR<br>Entered by: Lisa M. Penpraze<br>Modified: |
|---|---|---|

Amount claimed: $650.00

History:

| Details | 16-2 | 11/22/2013 | Amended Claim #16 filed by United States Trustee, Amount claimed: $650.00 (Penpraze, Lisa) |
| Details | 16-1 | 11/22/2013 | Claim #16 filed by United States Trustee, Amount claimed: $650.00 (Penpraze, Lisa) |

Description: (16-2) General Unsecured
(16-1) Unsecured

Remarks: (16-2) Unpaid Ch. 11 Quarterly Fees in prior Ch. 11 Case No. 11-37271 for Patrisha S. Osborne
(16-1) Unpaid Ch. 11 Quarterly Fees in prior Ch. 11 Case 11-37271 for Patrisha S. Osborne

| Creditor: (6793253)<br>PYOD, LLC its successors and assigns as assignee<br>of Citibank (South Dakota), N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim No: 17<br>Original Filed Date: 10/26/2015<br>Original Entered Date: 10/26/2015 | Status:<br>Filed by: CR<br>Entered by: Latoya Monique McDowell<br>Modified: |
|---|---|---|

Amount claimed: $8195.48
Secured claimed: $0.00

History:

| Details | 17-1 | 10/26/2015 | Claim #17 filed by PYOD, LLC its successors and assigns as assignee, Amount claimed: $8195.48 (McDowell, Latoya) |

Description:
Remarks:

| Creditor: (6173881) History<br>Endodontic Associates<br>30 Vassar Road, Suite 6B<br>Poughkeepsie, NY 12603 | Claim No: 18<br>Original Filed Date: 10/29/2015<br>Original Entered Date: 10/30/2015 | Status:<br>Filed by: CR<br>Entered by: Vincent DeCicco<br>Modified: |
|---|---|---|

Amount claimed: $1030.00

History:

| Details | 18-1 | 10/29/2015 | Claim #18 filed by Endodontic Associates, Amount claimed: $1030.00 (DeCicco, Vincent) |

Description:
Remarks:

| History: | | | |
|---|---|---|---|
| Details | 18-1 | 10/29/2015 | Claim #18 filed by Endodontic Associates, Amount claimed: $1030.00 (DeCicco, Vincent) |
| Description: | | | |
| Remarks: | | | |

| Creditor: (6799266)<br>Central Hudson<br>284 South Avenue<br>Poughkeepsie, NY 12601 | Claim No: 19<br>Original Filed Date: 11/05/2015<br>Original Entered Date: 11/06/2015 | Status:<br>Filed by: CR<br>Entered by: Vincent DeCicco<br>Modified: |
|---|---|---|

Amount claimed: $3379.19

| History: | | | |
|---|---|---|---|
| Details | 19-1 | 11/05/2015 | Claim #19 filed by Central Hudson, Amount claimed: $3379.19 (DeCicco, Vincent) |
| Description: | | | |
| Remarks: | | | |

| Creditor: (6799362)<br>Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim No: 20<br>Original Filed Date: 11/06/2015<br>Original Entered Date: 11/06/2015 | Status:<br>Filed by: CR<br>Entered by: Amanda F. Matchett<br>Modified: |
|---|---|---|

Amount claimed: $1917.22

| History: | | | |
|---|---|---|---|
| Details | 20-1 | 11/06/2015 | Claim #20 filed by Capital One Bank (USA), N.A., Amount claimed: $1917.22 (Matchett, Amanda) |
| Description: | | | |
| Remarks: | | | |

## Claims Register Summary

**Case Name:** Patrisha S. Osborne and George R. Osborne
**Case Number:** 11-38122-cgm
**Chapter:** 7
**Date Filed:** 11/09/2011
**Total Number Of Claims:** 20

| Total Amount Claimed* | $143815.40 |
|---|---|
| Total Amount Allowed* | |

*Includes general unsecured claims

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------- x

**In re PATRISHA S. OSBORNE and**
    **GEORGE R. OSBORNE,**

**Debtors.**
-------------------------------------------------------------- x

                              **Chapter 7**

                              **Case No. 11-38122(cgm)**

## AFFIDAVIT OF SERVICE OF NOTICE TO CREDITORS OF THE ESTATE OF PATRISHA S. OSBORNE AND GEORGE R. OSBORNE OF NOTICE OF RESCHEDULED HEARING DATE

                Filed by:  PATRISHA S. OSBORNE
                           and
                       GEORGE R. OSBORNE
                       Debtors, Pro se
                   Office & P.O. Address
                     692 County Rt. 2
                     Elizaville, NY 12523
                     Tel: 845-756-3799
                     gro 4321@gmail.com