Oxman Tulis Kirkpatrick
Whyatt & Geiger, LLP
*Attorneys for Mark S. Tulis, Chapter 7 Trustee*
120 Bloomingdale Road, Suite 100
White Plains, New York 10605
(914) 422-3900
By: Stuart E. Kahan, Esq., Of counsel

Hearing Date: February 9, 2016 at 9:30 am
Responses due: February 2, 2016 at 5:00 pm

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**(POUGHKEEPSIE DIVISION)**
----------------------------------------------------------------X
In re:  Patrisha S. Osborne and George R.
        Osborne,

**Chapter 7**
**Case No. 11-38122 (CGM)**

**Debtors.**

----------------------------------------------------------------X

**NOTICE OF MOTION PURSUANT TO FEDERAL RULES OF
BANKRUPTCY PROCEDURE 9011 (c) (1) (A), AND
THE INHERENT AUTHORITY OF THIS COURT FOR AN ORDER
SANCTIONING THE DEFENDANTS FOR THEIR MOTION TO BE HEARD
ON FEBRUARY 9, 2016 VACATING THIS COURT'S PRIOR ORDER,
DISMISSING THE DEBTORS' PETITION AND FOR OTHER RELATED
RELIEF; ENJOINING THE DEBTORS FROM SERVING AND/OR FILING ANY
PAPERS IN CONNECTION WITH THIS BANKRUPTCY PROCEEDING WITHOUT
THE PRIOR APPROVAL OF THIS COURT; AND PURSUANT TO 11 U.S.C.
§107 AND FEDERAL RULES OF BANKRUPTCY PROCEDURE 9018
REDACTING FROM THE DEBTORS' MOTION LANGUAGE CONSIDERED
TO BE SCANDALOUS AND/OR DEFAMATORY IN NATURE**

**PLEASE TAKE NOTICE**, that a hearing pursuant to Federal Rules of Bankruptcy Procedure 9011(c) and for other related relief will be held before the Hon. Cecilia G. Morris, Chief United States Bankruptcy Judge, United States Bankruptcy Court, Southern District of New York at the United States Bankruptcy Court, 355 Main Street, Poughkeepsie, New York on the 9th day of February, 2016 at 9:30 AM, or as soon thereafter as counsel may be heard for an order imposing sanctions upon the debtors, enjoining the debtors from filing and/or serving any

further papers in connection with this bankruptcy proceeding without the prior approval of this Court; and striking the scandalous and/or defamatory material contained in the debtors' most recent filing with this court.

**PLEASE TAKE FURTHER NOTICE** that the application of the Trustee in support of the proposed motion the motion is on file and may be examined on the bankruptcy court's electronic Case system at www.nysb.uscourts.gov.

**PLEASE TAKE FURTHER NOTICE,** that objections, if any, shall be made in writing and state with particularity the grounds for the objections and must be filed with the court and served upon the trustee no later than 5:00 pm seven (7) days prior to the hearing.

**PLEASE TAKE FURTHER NOTICE,** that attendance at the hearing is not mandatory, that the hearing scheduled herein may be adjourned from time to time without any further notice to creditors or other parties in interest, other than by announcement of such adjournment in court on the date scheduled herein for such a hearing.

Dated: White Plains, New York
        January 21, 2016

                              OXMAN TULIS KIRKPATRICK
                              WHYATT & GEIGER, LLP
                              *Attorneys for Mark S. Tulis,*
                              *Chapter 7 Trustee*

                              By: _____
                                 STUART E. KAHAN, ESQ
                              120 Bloomingdale Road
                              White Plains, New York 10605
                              (914) 422-3900
                              (914) 422-3636 (Fax)
                              skahan@oxmanlaw.com

TO:   Patrisha S. Osborne
        George Osborne
        692 County Route 2
        Elizaville, New York 12523

Office of U.S. Trustee
74 Chapel Street
Suite 200
Albany, NY 12207