# EXHIBIT B

11-38122-cgm    Doc 134-3    Filed 01/21/16    Entered 01/21/16 13:48:29    Exhibit
Exhibit B - 3/10/12 Order of Discharge and Final Decree    Pg 2 of 6

11-38122-cgm    Doc 25    Filed 03/10/12    Entered 03/10/12 00:16:14    Imaged
Certificate of Notice    Pg 1 of 5

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
355 Main Street
Poughkeepsie, NY 12601

---

IN RE: Patrisha S. Osborne and George R. Osborne                CASE NO.: 11-38122-cgm
aka   Patrisha Savage Osborne

Social Security/Taxpayer ID/Employer ID/Other Nos.:    CHAPTER: 7
xxx-xx-7233    xxx-xx-2363

---

# DISCHARGE OF DEBTOR
# ORDER OF FINAL DECREE

A petition under chapter 7 of title 11, United States Code was filed by or against the Debtor(s) on 11/9/11 ; an order for relief was entered under chapter 7; no order denying a discharge has been granted. The Debtor's estate has been fully administered.

**IT IS ORDERED THAT:**

1. The Debtor is released from all dischargeable debts.

2. Any judgment not obtained in this court is null and void as to the personal liability of the Debtor(s) regarding the following:

(a) debts dischargeable under 11 U.S.C. § 523(a);

(b) debts alleged to be excepted from discharge under 11 U.S.C. § 523(a)(2),(4),(6) or (15) unless determined by this court to be nondischargeable;

(c) debts determined by this court to be discharged.

3. All creditors whose debts are discharged by this order or whose judgments are declared null and void in 2 above, are enjoined from instituting or continuing any action, employing any process or engaging in any act to collect such debts as personal liabilities of the Debtor(s).

4. Paul L. Banner is discharged as the Trustee of the Debtor's estate and the bond is cancelled. The chapter 7 case of the Debtor(s) is closed.

Dated: 3/8/12                Cecelia G. Morris, Bankruptcy Judge

11-38122-cgm    Doc 134-3    Filed 01/21/16    Entered 01/21/16 13:48:29    Exhibit
11-38122-cgm- 3 Doc 25    Order of Discharge and Final Decree    Pg 3 of 6 Imaged
Certificate of Notice    Pg 2 of 5

# EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:]* [There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts that are Not Discharged.

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts that are in the nature of alimony, maintenance, or support;

c. Debts for most student loans;

d. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

e. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle while intoxicated;

f. Some debts which were not properly listed by the debtor;

g. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

h. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

11-38122-cgm    Doc 134-3    Filed 01/21/16    Entered 01/21/16 13:48:29    Exhibit
Exhibit B - 3/10/12 Order of Discharge and Final Decree    Pg 4 of 6

11-38122-cgm    Doc 25    Filed 03/10/12    Entered 03/11/12 00:16:14    Imaged
Certificate of Notice    Pg 3 of 5

```
                          United States Bankruptcy Court
                          Southern District of New York
In re:                                                    Case No. 11-38122-cgm
Patrisha S. Osborne                                       Chapter 7
George R. Osborne
     Debtors
                              CERTIFICATE OF NOTICE
District/off: 0208-4          User: aaustin             Page 1 of 3             Date Rcvd: Mar 08, 2012
                              Form ID: 155              Total Noticed: 45


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 10, 2012.
db/jdb        +Patrisha S. Osborne,    George R. Osborne,    123 Nottingham Road,    PO Box 274,
                Clinton Corners, NY 12514-0274
smg           +N.Y. State Unemployment Insurance Fund,    P.O. Box 551,    Albany, NY 12201-0551
smg           +United States Attorney's Office,    Southern District of New York,
                Attention: Tax & Bankruptcy Unit,    86 Chambers Street, Third Floor,    New York, NY 10007-1825
unk           +Rossrock Fund II LP,    150 East 52nd Street, 27th floor,    New York, NY 10022-6017
5697001       +American Recovery Services, Inc.,    555 St. Charles Drive, Suite 100,
                Thousand Oaks, CA 91360-3983
5697002       +Barbara Kavovit,    175 West 79th Street,    New York, NY 10024-6450
5752773       +Citibank (South Dakota), N.A.,    P.O. Box 183052,    Columbus, OH 43218-3052
5696995       +Herbert Feinberg,    17 East 74th Street,    New York, NY 10021-2604
5697004        Lowe's Business GEMB,    PO Box 560970,    Atlanta, GA 30353
5696996       +MacVean, Lewis, Sherwin &,    McDermott, PC,    34 Grove Street,    PO Box 310,
                Middletown, NY 10940-0310
5697000       +NYS Department of Taxation &,    Finance,    Building 9 State Campus,    Albany, NY 12227-0001
5752764       +Nash Bros. Oil Dist., Inc.,    1650 Route 9G,    Hyde Park NY 12538-2177
5697005       +Northern Dutchess Hospital,    1351 Rpute 55, Ste. 55,    Lagrangeville, NY 12540-5129
5788004       +Northern Dutchess Hospital,    1351 Route 55, Ste.101,    Lagrangeville, NY 12540-5129
5752759       +Northern Dutchess Hospital,    1351 Route 55, Ste.101,    Lagrangeville, NY 12540-5129
5697006        Professional Bureau of Collections of,    MA Notice Only,    PO Box 4157,
                Greenwood Village, CO 80155-4157
5696997       +Ross Rock Fund,    c/o Ross Rock, LLC,    150 East 52nd Street,    New York, NY 10022-6017
5696998       +Stanford Tax Collector,    PO Box 436,    Stanfordville, NY 12581-0436
5752766       +U.S. Trustee Payment Center,    P.O. Box 530202,    Atlanta, GA 30353-0202
5752767       +Williams Lumber, Inc.,    P.o. Box 31,    Rhinebeck, NY 12572-0031
5752763       +c/o American Recovery Serv., Inc.,    555 St. Charles Drive, Ste. 100,
                Thousand Oaks, CA 91360-3983
5788008       +c/o American Recovery Serv., Inc.,    555 St. Charles Drive, Ste. 100,
                Thousand Oaks, CA 91360-3983,    Attn: Michael Davis
5752774       +c/o Cohen & Slamowitz, LLP,    199 Crossways Park Drive,    P.O. Box 9004,
                Woodbury, NY 11797-9004
5752772       +c/o E. Hope Greenberg, Esq.,    2650 Merrick Road, Ste. 101,    Belmore, NY 11710-5715
5752761       +c/o EMA Recovery Services, Inc.,    P.O. Box 3129,    Seacaucus, N.J 07096-3129
5752768       +c/o Herman H. Tietjen, Esq.,    60 East Market Street,    P.O. Box 201,    Rhinebeck, NY 12572-0201
5788017       +c/o Herman H. Tietjen, Esq.,    60 East Market Street,    P.O. Box201,    Rhinebeck, NY 12572-0201
5788003       +c/o Nationwide Credit, Inc.,    Branch 21/23,    202 Summit Blvd,    Atlanta, GA 30342-2352
5752777       +c/o Nationwide Credit, Inc.,    Branch 21123,    202 Summit Blvd,    Atlanta, GA 30342-2352
5752760       +c/o POM Recoveries, Inc.,    P.O. Box 602,    Lindenhurst, NY 11757-0602
5752775       +c/o Professional Bureau of,    Collections,    5295 DTC Parkway,    Greenwood Village, CO 80111-2752

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr            +EDI: QPLBANNER.COM Mar 08 2012 19:18:00     Paul L. Banner,   515 Haight Avenue,    Second Floor,
                Suite A,   Poughkeepsie, NY 12603-7228
ust           +E-mail/Text: ustpregion02.pk.ecf@usdoj.gov Mar 08 2012 19:29:34     United States Trustee,
                74 Chapel Street,   Albany, NY 12207-2190
5699724        EDI: BECKLEE.COM Mar 08 2012 19:18:00     American Express Bank FSB,    c/o Becket and Lee LLP,
                POB 3001,   Malvern PA 19355-0701
5752758        EDI: AMEREXPR.COM Mar 08 2012 19:18:00     American Express Services,    OA Special Research,
                P.O. Box 981540,   El Paso, TX 79998-1540
5752769       +EDI: CAPITALONE.COM Mar 08 2012 19:18:00     Capital One Bank (USA), N.A.,    P. O. Box 71083,
                Charlotte, NC 28272-1083
5788012       +EDI: CHASE.COM Mar 08 2012 19:18:00     Chase Bank U.S.A., N.A.,    P.0.15153,
                Wilmington, DE 19886-0001
5752771       +EDI: CHASE.COM Mar 08 2012 19:18:00     Chase Bank U.S.A., N.A.,    P.O. 15153,
                Wilmington, DE 19886-5153
5697003       +EDI: CITICORP.COM Mar 08 2012 19:18:00     CitiBank,   PO Box 183051,    Colwnbus, OH 43218-3051
5752762       +EDI: CITICORP.COM Mar 08 2012 19:18:00     Citibank (South Dakota), N.A.,    P.O. Box 183051,
                Columbus, OH 43218-3051
5696999        EDI: IRS.COM Mar 08 2012 19:18:00     Internal Revenue Service,    Andover,MA 05501-0002
5752776       +EDI: RMSC.COM Mar 08 2012 19:18:00     Lowe's Business Acct/GEMB,    P.O Box 530970,
                Atlanta, GA 30353-0970
5707787        EDI: RECOVERYCORP.COM Mar 08 2012 19:18:00     Recovery Management Systems Corporation,
                25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
5752770       +EDI: ARSN.COM Mar 08 2012 19:18:00     c/o Associated Recovery Sys.,    P.O. Box 469046,
                Escondido, CA 92046-9046
5752765       +E-mail/Text: stephanie@cbhv.com Mar 08 2012 19:29:34     c/o CBHV, Inc.,    P.O. Box 831,
                Newburgh, NY 12551-0831
                                                                                              TOTAL: 14
```

11-38122-cgm    Doc 134-3    Filed 01/21/16    Entered 01/21/16 13:48:29    Exhibit
Exhibit B - 3/10/12 Order of Discharge and Final Decree    Pg 5 of 6

11-38122-cgm    Doc 25    Filed 03/10/12    Entered 03/11/12 00:16:14    Imaged
Certificate of Notice    Pg 4 of 5

```
District/off: 0208-4              User: aaustin                Page 2 of 3                    Date Rcvd: Mar 08, 2012
                                  Form ID: 155                 Total Noticed: 45


                    ***** BYPASSED RECIPIENTS (continued) *****

                    ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5788002*           American Express Services,   OA Special Research,   P.O. Box 981540,    El Paso, TX 79998-1540
5788016*          +Capital One Bank (USA), N.A.,   P. 0. Box 71083,    Charlotte, NC 28272-1083
5788007*          +Citibank (South Dakota), N.A.,   P.O. Box 183051,   Columbus, OH 43218-3051
5788014*          +Citibank (South Dakota), N.A.,   P.O. Box 183052,   Columbus, OH 43218-3052
5788000*          +Lowe's Business Acct/GEMB,   P.O Box 530970,   Atlanta, GA 30353-0970
5788009*          +Nash Bros. Oil Dist., Inc.,   1650 Route 9G,   Hyde Park NY 12538-2177
5788010*          +U.S. Trustee Payment Center,   P.O. Box 530202,   Atlanta, GA 30353-0202
5788018*          +Williams Lumber, Inc.,   P.O. Box 31,   Rhinebeck, NY 12572-0031
5788015*          +c/o Associated Recovery Sys.,   P.O. Box 469046,   Escondido, CA 92046-9046
5788011*          +c/o Cohen & Slamowitz, LLP,   199 Crossways Park Drive,   P.O. Box 9004,
                   Woodbury, NY 11797-9004
5788013*          +c/o E. Hope Greenberg, Esq.,   2650 Merrick Road, Ste. 101,   Belmore, NY 11710-5715
5788006*          +c/o EMA Recovery Services, Inc.,   P.O. Box 3129,   Seacaucus, N.J 07096-3129
5788005*          +c/o POM Recoveries, Inc.,   P.O. Box 602,   Lindenhurst, NY 11757-0602
5788001*          +c/o Professional Bureau of,   Collections,   5295 DTC Parkway,   Greenwood Village, CO 80111-2752
                                                                                              TOTALS: 0, * 14, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 10, 2012                    Signature:    _Joseph Speetjens_

11-38122-cgm    Doc 134-3    Filed 01/21/16    Entered 01/21/16 13:48:29    Exhibit
Exhibit B - 3/10/12 Order of Discharge and Final Decree    Pg 6 of 6

11-38122-cgm    Doc 25    Filed 03/10/12    Entered 03/11/12 00:16:04    Imaged
Certificate of Notice    Pg 5 of 5

```
District/off: 0208-4           User: aaustin              Page 3 of 3              Date Rcvd: Mar 08, 2012
                               Form ID: 155               Total Noticed: 45
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 8, 2012 at the address(es) listed below:
          Kevin F. Preston    on behalf of Unknown  Rossrock Fund II LP kpreston@mlsmlaw.com
          Paul L. Banner    pbanner@epitrustee.com, pbanner@ecf.epiqsystems.com
          United States Trustee    USTPRegion02.PK.ECF@USDOJ.GOV
          TOTAL: 3