# EXHIBIT F

11-38122-cgm    Doc 134-7    Filed 01/21/16    Entered 01/21/16 13:48:29    Exhibit
Exhibit F - 7/15/13 Order denying Motion to Dismiss    Pg 2 of 2

11-38122-cgm    Doc 85    Filed 07/15/13    Entered 07/15/13 16:54:34    Main Document
Pg 1 of 1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                :       Chapter 7
In re:   Patrisha S. Osborne and                :
         George R. Osborne                      :       Case No. 11-38122 (cgm)
                                                :
                                                :
                             Debtors.           :
                                                :
-----------------------------------------------------------------X

### *AMENDED* ORDER DENYING DEBTORS' MOTION TO DISMISS OR CONVERT

On July 1, 2013, the Debtors filed a motion to dismiss their reopened chapter 7 case. This Court has previously issued a Memorandum Decision Granted Trustee's Motion to Reopen, *see* ECF No. 35, and a Memorandum Decision Denying Debtors' Motion to Vacate Discharge, *see* ECF No. 52. For the same reasons provided in those decisions, it is hereby

**ORDERED** that the Debtors' motion to dismiss *or convert* dated July 1, 2013 is **DENIED**, with prejudice, and it is further

**ORDERED** that the Debtors may be subject to sanctions, pursuant to Federal Rule of Bankruptcy Procedure 9011 and the Court's inherent powers, if they continue to file documents containing similar allegations to this motion, or they file documents that the Court determines to be repetitive, groundless, or filed for an improper purpose. *See In re Harmes*, 423 B.R. 678, 681 (Bankr. D.N.M. 2010) ("The purpose of Rule 9011 is to deter baseless filings in bankruptcy and thus avoid the expenditure of unnecessary resources by imposing sanctions on those found to have violated it.").

Dated:  July 15, 2013
        Poughkeepsie, New York

                                                    /s/ Cecelia G. Morris
                                                    Chief United States Bankruptcy Judge