UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

In re:   PATRISHA S. OSBORNE, and
         G EORGE R. OSBORNE,

Debtors.

Chapter 7

Case No. 11-38122(CGM)

-------------------------------------------------------x

### AFFIDAVIT OF SERVICE OF NOTICE TO CREDITORS OF HEARING ON DEBTORS' MOTION TO VACATE ORDER APPROVING SETTLEMENT OF DEBTORS' CLAIM

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF DUTCHESS   )

George R. Osborne, being duly sworn, deposes and says:

On the 18th day of December 2015, I served each of the creditors whose names and addresses are set forth on the annexed Claims Register for the Southern District of New York, and I also served the U.S. chapter 7 trustee and the attorney for the U.S. chapter 7 trustee, whose names and office addresses are set forth on the attached page, which addresses had previously been provided by said trustee and attorney, with a copy of the Notice to Creditors, dated December 18, 2015, of a hearing on debtors' motion to vacate this court's order entered on October 9, 2013, by first class mail, by depositing said mailing on that date at the office of the U.S. Postal Service in Elizaville, New York, in a securely sealed envelope with the necessary postage affixed.

GEORGE R. OSBORNE
Debtor, Pro Se

Sworn to before me this
18th day of December, 2015

JACQUELINE N. MARTINS
Notary Public, State of New York
Reg. #01MA6318071
Qualified in Dutchess County
Commission Expires 1/28/19

**692 County Route 2**
**Elizaville, NY 12523**
**845-756-3799**

## SERVICE LIST

TO:  Oxman Tulis Kirkpatrick
   Whyatt & Geiger LLP
   120 Bloomingdale Road
   Suite 100 White Plains, NY 10605
   Attn: Stuart E. Kahan, Esq.
      Attorney for U.S. Chapter 7 Trustee

   Tulis Wilkes Huff & Geiger LLP
   220 White Plains Road
   2nd Floor
   Tarrytown, NY 10591
   Attn: Mark S. Tulis, Esq.
      U.S. Chapter 7 trustee

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------- x

In re PATRISHA S. OSBORNE and
    GEORGE R. OSBORNE,

                    Debtors.

------------------------------------------------------------- x

Chapter 7

Case No. 11-38122(cgm)

### NOTICE TO CREDITORS AND INTERESTED PARTIES OF THE ESTATE OF PATRISHA S. OSBORNE AND GEORGE R. OSBORNE OF A <u>HEARING ON JANUARY 26, 2016</u>

     **PLEASE TAKE NOTICE**, that a hearing pursuant to the Federal Rules of Bankruptcy Procedure will be held before Hon. Cecelia G. Morris, Chief United States Bankruptcy Judge, of the United States Bankruptcy Court, for the Southern District of New York, at the Courthouse, 333 Main Street, Poughkeepsie, New York 12601, on the 26th day of January, 2016, at 9:30 a.m., or as soon thereafter as counsel and the parties may be heard, for an order vacating the Court's order which approved a settlement in the amount of $50,000.00 of debtor's attorney malpractice claim for $5,250,000.00, and requiring the U.S. trustee to file his account and final report, dismissing the proceeding, and discharging the debtors.

     **PLEASE TAKE FURTHER NOTICE** that the application of the debtors for the relief set forth above is on file and may be examined in the Office of the Clerk of the Bankruptcy Court at the aforesaid address.

1

**PLEASE TAKE FURTHER NOTICE**, that objections, if any, to the order requested shall be made in writing and state with particularity the grounds for the objections and must be filed with the Court and served upon the debtors no later than 5:00 p.m. seven (7) days prior to the hearing.

**PLEASE TAKE FURTHER NOTICE**, that since creditors may find it prohibitively burdensome to travel to the Office of the Clerk of the Court, in Poughkeepsie, N.Y., to examine the file pertaining to this application, debtors are available by telephone, during business hours, to discuss the matter and, upon request, to provide a copy of their application to the Court.

**PLEASE TAKE FURTHER NOTICE**, that attendance at the hearing is not mandatory, and that the hearing as scheduled herein may be adjourned from time to time without any further notices to creditors or other parties in interest, other than by announcement of such adjournment in Court on the date scheduled herein for such hearing.

Dated:  Elizaville, New York
December 18, 2015

*/s/ Patrisha S. Osborne*
PATRISHA S. OSBORNE
Debtor, Pro Se

*/s/ George R. Osborne*
GEORGE R. OSBORNE
Debtor, Pro Se
692 Columbia County Rt. 2
Elizaville, New York 12523
Tel: 845-756-3799
gro4321@gmail.com

2

## SERVICE LIST

**TO:  Oxman Tulis Kirkpatrick
Whyatt & Geiger LLP**
120 Bloomingdale Road
Suite 100 White Plains, NY 10605
Attn: Stuart E. Kahan, Esq.
    Attorney for U.S. Chapter 7 Trustee

**Tulis Wilkes Huff & Geiger LLP**
220 White Plains Road
2nd Floor
Tarrytown, NY 10591
Attn: Mark S. Tulis, Esq.
    U.S. Chapter 7 trustee

# Southern District of New York
# Claims Register

### 11-38122-cgm Patrisha S. Osborne and George R. Osborne

**Judge:** Cecelia G. Morris    **Chapter:** 7
**Office:** Poughkeepsie    **Last Date to file claims:** 01/22/2016
**Trustee:** Mark S. Tulis    **Last Date to file (Govt):**

| Creditor: (6173778)<br>Barbara Kavovit<br>68 Wainscott Rd.<br>Wainscott, NY 11975 | Claim No: 1<br>Original Filed Date: 07/29/2013<br>Original Entered Date: 07/30/2013 | Status:<br>Filed by: DE<br>Entered by: Vincent DeCicco<br>Modified: |
|---|---|---|

**Amount claimed:** $48196.00

History:
| Details | 1-1 | 07/29/2013 | Claim #1 filed by Barbara Kavovit, Amount claimed: $48196.00 (DeCicco, Vincent) |
|---|---|---|---|

Description:
Remarks:

| Creditor: (5752764)<br>Nash Bros. Oil Dist., Inc.<br>1650 Route 9G<br>Hyde Park NY 12538 | Claim No: 2<br>Original Filed Date: 07/29/2013<br>Original Entered Date: 07/30/2013 | Status:<br>Filed by: DE<br>Entered by: Vincent DeCicco<br>Modified: 07/30/2013 |
|---|---|---|

**Amount claimed:** $3865.50

History:
| Details | 2-1 | 07/29/2013 | Claim #2 filed by Nash Bros. Oil Dist., Inc., Amount claimed: $3865.50 (DeCicco, Vincent) |
|---|---|---|---|

Description:
Remarks:

| Creditor: (6173875)<br>G.E. Masten Feed Store, Inc.<br>1 West Road, P.O. Box 493<br>Pleasant Valley, NY 12569 | Claim No: 3<br>Original Filed Date: 07/29/2013<br>Original Entered Date: 07/30/2013 | Status:<br>Filed by: DE<br>Entered by: Vincent DeCicco<br>Modified: |
|---|---|---|

History:
| Details | 3-1 | 07/29/2013 | Claim #3 filed by G.E. Masten Feed Store, Inc., Amount claimed: $987.02 (DeCicco, Vincent) |
|---|---|---|---|

Description:
Remarks:

| Amount claimed: | $987.02 | | |
|---|---|---|---|
| History: | | | |
| Details | 3-1 | 07/29/2013 | Claim #3 filed by G.E. Masten Feed Store, Inc., Amount claimed: $987.02 (DeCicco, Vincent) |
| Description: | | | |
| Remarks: | | | |

| Creditor: (6173876)<br>Central Hudson Gas & Elec. Corp.<br>284 South Road<br>Poughkeepsie, NY 12601 | **Claim No: 4**<br>Original Filed<br>Date: 07/29/2013<br>Original Entered<br>Date: 07/30/2013 | Status:<br>Filed by: DE<br>Entered by: Vincent DeCicco<br>Modified: |
|---|---|---|

| Amount claimed: | $2308.13 | | |
|---|---|---|---|
| History: | | | |
| Details | 4-1 | 07/29/2013 | Claim #4 filed by Central Hudson Gas & Elec. Corp., Amount claimed: $2308.13 (DeCicco, Vincent) |
| Description: | | | |
| Remarks: | | | |

| Creditor: (6072971)<br>Judge Manning Horse Transp. Inc.<br>18 Mechanic Street<br>Amenia, NY 12501 | **Claim No: 5**<br>Original Filed<br>Date: 07/29/2013<br>Original Entered<br>Date: 07/30/2013 | Status:<br>Filed by: DE<br>Entered by: Vincent DeCicco<br>Modified: |
|---|---|---|

| Amount claimed: | $1892.32 | | |
|---|---|---|---|
| History: | | | |
| Details | 5-1 | 07/29/2013 | Claim #5 filed by Judge Manning Horse Transp. Inc., Amount claimed: $1892.32 (DeCicco, Vincent) |
| Description: | | | |
| Remarks: | | | |

| Creditor: (6173877)<br>St. Francis Hospital<br>241 No. Road<br>Poughkeepsie, NY 12601 | **Claim No: 6**<br>Original Filed<br>Date: 07/29/2013<br>Original Entered<br>Date: 07/30/2013 | Status:<br>Filed by: DE<br>Entered by: Vincent DeCicco<br>Modified: |
|---|---|---|

| Amount claimed: | $876.46 | | |
|---|---|---|---|
| History: | | | |
| Details | 6-1 | 07/29/2013 | Claim #6 filed by St. Francis Hospital, Amount claimed: $876.46 (DeCicco, Vincent) |
| Description: | | | |
| Remarks: | | | |

| History: | | | | |
|---|---|---|---|---|
| Details | | 6-1 | 07/29/2013 | Claim #6 filed by St. Francis Hospital, Amount claimed: $876.46 (DeCicco, Vincent) |
| Description: | | | | |
| Remarks: | | | | |

| Creditor: (6072970)<br>Hackett Farm Supply, Inc.<br>2297 Salt Point Tpke.<br>Clinton Corners, NY 12514 | Claim No: 7<br>Original Filed<br>Date: 07/29/2013<br>Original Entered<br>Date: 07/30/2013 | Status:<br>Filed by: DE<br>Entered by: Vincent DeCicco<br>Modified: |
|---|---|---|

Amount claimed: $1654.11

| History: | | | | |
|---|---|---|---|---|
| Details | | 7-1 | 07/29/2013 | Claim #7 filed by Hackett Farm Supply, Inc., Amount claimed: $1654.11 (DeCicco, Vincent) |
| Description: | | | | |
| Remarks: | | | | |

| Creditor: (6173878)<br>Herbert Feinberg<br>17 East 74th Street<br>New York, NY 10021 | Claim No: 8<br>Original Filed<br>Date: 07/29/2013<br>Original Entered<br>Date: 07/30/2013 | Status:<br>Filed by: DE<br>Entered by: Vincent DeCicco<br>Modified: |
|---|---|---|

Amount claimed: $55930.35

| History: | | | | |
|---|---|---|---|---|
| Details | | 8-1 | 07/29/2013 | Claim #8 filed by Herbert Feinberg, Amount claimed: $55930.35 (DeCicco, Vincent) |
| Description: | | | | |
| Remarks: | | | | |

| Creditor: (6173879)<br>Mid-Hudson Medical Group PC<br>600 Westage Business Center Drive<br>Fishkill, NY 12524 | Claim No: 9<br>Original Filed<br>Date: 07/29/2013<br>Original Entered<br>Date: 07/30/2013 | Status:<br>Filed by: DE<br>Entered by: Vincent DeCicco<br>Modified: |
|---|---|---|

Amount claimed: $838.84

| History: | | | | |
|---|---|---|---|---|
| Details | | 9-1 | 07/29/2013 | Claim #9 filed by Mid-Hudson Medical Group PC, Amount claimed: $838.84 (DeCicco, Vincent) |
| Description: | | | | |
| Remarks: | | | | |

| Creditor: (6173880)<br>Adams Power Equipment<br>Attn. Pat Adams<br>741 Dutchess Turnpike<br>Poughkeepsie, NY 12603 | Claim No: 10<br>Original Filed Date: 07/29/2013<br>Original Entered Date: 07/30/2013 | Status:<br>Filed by: DE<br>Entered by: Vincent DeCicco<br>Modified: |
|---|---|---|
| Amount claimed: $716.59 | | |
| History: | | |
| Details 10-1 07/29/2013 Claim #10 filed by Adams Power Equipment, Amount claimed: $716.59 (DeCicco, Vincent) | | |
| Description: | | |
| Remarks: | | |

| Creditor: (6173881) History<br>Endodontic Associates<br>30 Vassar Road, Suite 6B<br>Poughkeepsie, NY 12603 | Claim No: 11<br>Original Filed Date: 07/29/2013<br>Original Entered Date: 07/30/2013 | Status:<br>Filed by: DE<br>Entered by: Vincent DeCicco<br>Modified: |
|---|---|---|
| Amount claimed: $1030.00 | | |
| History: | | |
| Details 11-1 07/29/2013 Claim #11 filed by Endodontic Associates, Amount claimed: $1030.00 (DeCicco, Vincent) | | |
| Description: | | |
| Remarks: | | |

| Creditor: (6173882)<br>Drs. Brownstein & Smith<br>115 New Hackensack Rd.<br>Wappingers Falls, NY 12590 | Claim No: 12<br>Original Filed Date: 07/29/2013<br>Original Entered Date: 07/30/2013 | Status:<br>Filed by: DE<br>Entered by: Vincent DeCicco<br>Modified: |
|---|---|---|
| Amount claimed: $5507.73 | | |
| History: | | |
| Details 12-1 07/29/2013 Claim #12 filed by Drs. Brownstein & Smith, Amount claimed: $5507.73 (DeCicco, Vincent) | | |
| Description: | | |
| Remarks: | | |

| | | |
|---|---|---|
| History: | | |
| Details 13-1 07/29/2013 Claim #13 filed by Northern Dutchess Hospital, Amount claimed: $1269.46 (DeCicco, Vincent) | | |
| Description: | | |
| Remarks: | | |

| Creditor: (5788004)<br>Northern Dutchess Hospital<br>1351 Route 55, Ste.101<br>Lagrangeville, NY 12540 | Claim No: 13<br>Original Filed Date: 07/29/2013<br>Original Entered Date: 07/30/2013 | Status:<br>Filed by: DE<br>Entered by: Vincent DeCicco<br>Modified: |
|---|---|---|

Amount claimed: $1269.46

History:
| Details | 13-1 | 07/29/2013 | Claim #13 filed by Northern Dutchess Hospital, Amount claimed: $1269.46 (DeCicco, Vincent) |

Description:
Remarks:

| Creditor: (5752758)<br>American Express Services<br>OA Special Research<br>P.O. Box 981540<br>El Paso, TX 79998-1540 | Claim No: 14<br>Original Filed Date: 07/29/2013<br>Original Entered Date: 07/30/2013 | Status:<br>Filed by: DE<br>Entered by: Vincent DeCicco<br>Modified: |
|---|---|---|

Amount claimed: $1560.00

History:
| Details | 14-1 | 07/29/2013 | Claim #14 filed by American Express Services, Amount claimed: $1560.00 (DeCicco, Vincent) |

Description:
Remarks:

| Creditor: (5752776)<br>Lowe's Business Acct/GEMB<br>P.O Box 530970<br>Atlanta, GA 30353 | Claim No: 15<br>Original Filed Date: 07/29/2013<br>Original Entered Date: 07/30/2013 | Status:<br>Filed by: DE<br>Entered by: Vincent DeCicco<br>Modified: |
|---|---|---|

Amount claimed: $2011.00

History:
| Details | 15-1 | 07/29/2013 | Claim #15 filed by Lowe's Business Acct/GEMB, Amount claimed: $2011.00 (DeCicco, Vincent) |

Description:
Remarks:

| Creditor: (6389663) United States Trustee 74 Chapel Street, Suite 200 Albany, NY 12207 | Claim No: 16 Original Filed Date: 11/22/2013 Original Entered Date: 11/22/2013 Last Amendment Filed: 11/22/2013 Last Amendment Entered: 11/22/2013 | Status: Filed by: CR Entered by: Lisa M. Penpraze Modified: |
|---|---|---|

| Amount claimed: | $650.00 | |
|---|---|---|

| History: | | | |
|---|---|---|---|
| Details | 16-2 | 11/22/2013 | Amended Claim #16 filed by United States Trustee, Amount claimed: $650.00 (Penpraze, Lisa) |
| Details | 16-1 | 11/22/2013 | Claim #16 filed by United States Trustee, Amount claimed: $650.00 (Penpraze, Lisa) |

Description: (16-2) General Unsecured
(16-1) Unsecured

Remarks: (16-2) Unpaid Ch. 11 Quarterly Fees in prior Ch. 11 Case No. 11-37271 for Patrisha S. Osborne
(16-1) Unpaid Ch. 11 Quarterly Fees in prior Ch. 11 Case 11-37271 for Patrisha S. Osborne

| Creditor: (6793253) PYOD, LLC its successors and assigns as assignee of Citibank (South Dakota), N.A. Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | Claim No: 17 Original Filed Date: 10/26/2015 Original Entered Date: 10/26/2015 | Status: Filed by: CR Entered by: Latoya Monique McDowell Modified: |
|---|---|---|

| Amount claimed: | $8195.48 | |
|---|---|---|
| Secured claimed: | $0.00 | |

| History: | | | |
|---|---|---|---|
| Details | 17-1 | 10/26/2015 | Claim #17 filed by PYOD, LLC its successors and assigns as assignee, Amount claimed: $8195.48 (McDowell, Latoya) |

Description:
Remarks:

| Creditor: (6173881) History Endodontic Associates 30 Vassar Road, Suite 6B Poughkeepsie, NY 12603 | Claim No: 18 Original Filed Date: 10/29/2015 Original Entered Date: 10/30/2015 | Status: Filed by: CR Entered by: Vincent DeCicco Modified: |
|---|---|---|

| Amount claimed: | $1030.00 | |
|---|---|---|

| History: | | | |
|---|---|---|---|
| Details | 18-1 | 10/29/2015 | Claim #18 filed by Endodontic Associates, Amount claimed: $1030.00 (DeCicco, Vincent) |

Description:
Remarks:

| History: | | | | |
|---|---|---|---|---|
| Details | | 18-1 | 10/29/2015 | Claim #18 filed by Endodontic Associates, Amount claimed: $1030.00 (DeCicco, Vincent) |
| Description: | | | | |
| Remarks: | | | | |

| Creditor: (6799266) Central Hudson 284 South Avenue Poughkeepsie, NY 12601 | Claim No: 19 Original Filed Date: 11/05/2015 Original Entered Date: 11/06/2015 | Status: Filed by: CR Entered by: Vincent DeCicco Modified: |
|---|---|---|

| Amount claimed: | $3379.19 | | |
|---|---|---|---|

| History: | | | | |
|---|---|---|---|---|
| Details | | 19-1 | 11/05/2015 | Claim #19 filed by Central Hudson, Amount claimed: $3379.19 (DeCicco, Vincent) |
| Description: | | | | |
| Remarks: | | | | |

| Creditor: (6799362) Capital One Bank (USA), N.A. PO Box 71083 Charlotte, NC 28272-1083 | Claim No: 20 Original Filed Date: 11/06/2015 Original Entered Date: 11/06/2015 | Status: Filed by: CR Entered by: Amanda F. Matchett Modified: |
|---|---|---|

| Amount claimed: | $1917.22 | | |
|---|---|---|---|

| History: | | | | |
|---|---|---|---|---|
| Details | | 20-1 | 11/06/2015 | Claim #20 filed by Capital One Bank (USA), N.A., Amount claimed: $1917.22 (Matchett, Amanda) |
| Description: | | | | |
| Remarks: | | | | |

## Claims Register Summary

**Case Name:** Patrisha S. Osborne and George R. Osborne
**Case Number:** 11-38122-cgm
**Chapter:** 7
**Date Filed:** 11/09/2011
**Total Number Of Claims:** 20

| Total Amount Claimed* | $143815.40 |
|---|---|
| Total Amount Allowed* | |

*Includes general unsecured claims