UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                          Chapter 7

In re:  PATRISHA S. OSBORNE, and
            GEORGE R. OSBORNE,         Case No. 11-38122(CGM)

                               Debtors.

------------------------------------------------------------x

### AFFIDAVIT OF SERVICE OF NOTICE OF MOTION AND SUPPORTING AFFIDAVIT OF MOTION TO VACATE ORDER APPROVING SETTLEMENT OF DEBTORS' CLAIM

STATE OF NEW YORK    )
                              ) ss.:
COUNTY OF DUTCHESS  )

    George R. Osborne, being duly sworn, deposes and says:

    On the 18th day of December 2015, I served the U.S. chapter 7 trustee and the attorney for the U.S. chapter 7 trustee, at the office addresses set forth on the attached service list, which addresses had previously been provided by said persons, with a copy of a Notice of Motion and Affidavit in Support of the debtors' motion, and the annexed exhibits, dated December 18, 2015, of debtors' motion to vacate this Court's order entered on October 9, 2013, and on the 19th day of January, prior to the time this motion is filed in Court, I served the same chapter 7 trustee and his attorney with a revised Notice of Motion, which sets forth the corrected Court hearing date of February 9, 2016, each by first class mail, by depositing and mailing on said December 18, 2015 and January 19, 2016 at the office of the U.S. Postal Service in Elizaville, New York, in a securely sealed envelope with the necessary posrage affixed.

                                                        /s/ George R. Osborne
                                                        GEORGE R. OSBORNE
Sworn to before me this                        Debtor, Pro Se
19th day of January 2016

KATHLEEN SCHAIBLE
Notary Public, State of New York
Reg. # 01SC6306741
Qualified in Ulster County
Commission Expires 04-22-2018

## SERVICE LIST

TO:  Oxman Tulis Kirkpatrick
     Whyatt & Geiger LLP
    120 Bloomingdale Road
    Suite 100 White Plains, NY 10605
    Attn: Stuart E. Kahan, Esq.
        Attorney for U.S. Chapter 7 Trustee

    Tulis Wilkes Huff & Geiger LLP
    220 White Plains Road
    2nd Floor
    Tarrytown, NY 10591
    Attn: Mark S. Tulis, Esq.
        U.S. Chapter 7 trustee